No. 16,557.

RHINE ET AL. *v*. THE PEOPLE.
(235 P. [2d] 357)

Decided August 27, 1951.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. DICKERSON, MORRISSEY & ZARLENGO, Mr. WALTER F. O'BRIEN, for plaintiffs in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAWRENCE HINKLEY, Deputy, Mr. NORMAN H. COMSTOCK, Assistant, for the people.